IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HEATHER FOLEY,

    Plaintiff,

v.

CITY OF MURPHYSBORO, an Illinois
Municipal Corporation and RONALD
WILLIAMS,

    Defendants.                                                      No. 10-cv-636-DRH

### ORDER

**HERNDON, Chief Judge:**

    Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 17). The Court hereby acknowledges the stipulation and finds that all of plaintiff's claims plead in the complaint against defendants are dismissed with prejudice, each party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

    **IT IS SO ORDERED.**

    Signed this 21st day of October, 2011.

Digitally signed by David R. Herndon
Date: 2011.10.21 14:57:21 -05'00'

                                **Chief Judge**
                                **United States District Court**