IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HEATHER FOLEY,**

    **Plaintiff,**

**v.**

**CITY OF MURPHYSBORO, an Illinois Municipal Corporation and RONALD WILLIAMS,**

    **Defendants.**                  No. 10-cv-636-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court on stipulation of dismissal.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 20, 2011, this case is **DISMISSED** with prejudice. Each party to bear their own costs and fees.

                                    **NANCY J. ROSENSTENGEL,**
                                    **CLERK OF COURT**


                            **BY:**       **/s/*Sandy Pannier***
                                           **Deputy Clerk**

Dated: October 21, 2011

Digitally signed by David R. Herndon
Date: 2011.10.21 15:00:11 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT